IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH J. SMITH                                                                                      PLAINTIFF
ADC #127880

V                                             5:07cv00198 WRW-JWC

CARL GRISWOLD, et al                                                                         DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's claims against Defendants Norris, Cashion, Holman, Dawson, and Dobbs are hereby dismissed without prejudice. Plaintiff's claims against the State of Arkansas are dismissed with prejudice.

Plaintiff's case shall proceed against Defendants Griswold, Anderson, and Correctional Medical Services (CMS). Therefore, service is now appropriate for these Defendants. The Clerk of the Court is directed to prepare a summons for Defendant Griswold, with service directed to the Compliance Office of the Arkansas Department of Correction. The Clerk is also directed to prepare a summons for Defendants Anderson and CMS, directed to Humphries and Lewis law firm, P.O. Box 20670, White Hall, Arkansas 71612. The United States Marshal is directed to serve a copy of the original and amended complaints with any attachments (docket entries #2, #9), and a summons for each Defendant without prepayment of fees and costs or security therefor. Should any Defendant need copies of other filed documents, they are available from the Clerk's office or may be accessed through the PACER system for the United States District Court.

IT IS SO ORDERED this 28th day of December, 2007.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE