IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH J. SMITH                                                                                    PLAINTIFF
ADC #127880

V.                                       5:07CV00198-WRW-JWC

CARL GRISWOLD, et al                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's motion for injunctive relief (doc. 59) is denied.

IT IS SO ORDERED this 19th day of June, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE