**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JOSEPH J. SMITH**                                                                      **PLAINTIFF**
**ADC #127880**

**v.**                                      **5:07CV00198-WRW**

**CARL GRISWOLD,** *et al.*                                          **DEFENDANTS**

## **JUDGMENT**

In accordance with the Court's Order entered this date and based on Orders entered September 10, 2007 (Doc. No. 12), and December 28, 2007 (Doc. No. 26), Judgment is hereby entered dismissing Plaintiff's complaint in its entirety. This dismissal is with prejudice as to the Arkansas Department of Correction and without prejudice as to all other Defendants.

The Court further certifies that an *in forma pauperis* appeal from its Orders and this Judgment entered would not be taken in good faith.

IT IS SO ORDERED this 23rd day of March, 2009.

                                                                                     /s/Wm. R. Wilson, Jr.
                                                             UNITED STATES DISTRICT JUDGE